UNITED STATES of America

v.

Christine MEYER, et al.

No. 85–6169.

United States Court of Appeals,
District of Columbia Circuit.

Rehearing En Banc Granted and
Opinion Vacated April 30, 1987.

Judgment and Panel Opinion Reinstated
July 31, 1987.

Rehearing and Rehearing En Banc Denied
July 31, 1987.

Before WALD, Chief Judge;
ROBINSON, MIKVA, EDWARDS,
RUTH BADER GINSBURG, BORK,
STARR, SILBERMAN, BUCKLEY,
WILLIAMS and D.H. GINSBURG,
Circuit Judges.

### ORDER

PER CURIAM.

Appellant's suggestion for rehearing *en banc* has been circulated to the full court. The taking of a vote thereon was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the court *en banc*, that appellant's suggestion for rehearing *en banc* is granted and it is

FURTHER ORDERED, by the court *en banc*, that the opinion and judgment of February 13, 1987 be, and the same hereby are, vacated.

A future order will govern further proceedings herein.